| DISTRICT | OFF. | DOCKET NO. YR. NUMBER | OR | FILING DATE MO. DAY YR. | J | NATURE SUIT | DIV. PTF DEF | R 23 | $ DEMAND THOUSANDS | JUDGE | MAG. | COUNTY | JURY DEM. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0391 | 3 | 92 0032 | 1 | 2 28 92 | 5 | | | | | | | 78030 | 9 |

PLAINTIFFS / DEFENDANTS

IN THE MATTER OF APPLICATION OF
CARL MAYNARD TO BE
DESIGNATED PROCESS SERVER

APPLICATION FOR PROCESS SERVER
CAUSE
(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE
IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

ATTORNEYS

PRO SE
P.O. BOX 5103
ST. THOMAS, USVI 00803
(809)774-2959

CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS

FILING FEES PAID — DATE / RECEIPT NUMBER / C.D. NUMBER

STATISTICAL CARD
JS-5
JS-6

CIVIL NO. 1992-0032

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1992 Feb 28 | 1 | MOTION for appointment as a process service |
| Apr 21 | 2 | ORDER(JPF) that application of Carl Maynard is hereby GRANTED and he is apptd. special process server for District Ct.; that applicant shall post a bon of $1,000 by a Bonding Co. duly auhtorized to do business in VI. |
| Apr 27 | 3 | ORDER(GWB) that application of Carl Maynard is hereby GRANTED and he is apptd. special process server for District Ct.; that applicant shall post a bond in the sum of $1,000 by a Bonding Co. duly authorized to do business in VI. |
| 1993 July 27 | 4 | ORDER(GWB) that the Clerk deposit in an interest bearing acct. the s of $1,000 and such sum shall remain so deposited until the further order of the Court        EOD: 7/27/93 |
| 1994 Jun 3 | 5 | ADMINISTRATIVE dismissal(GWB) w/leave to reopen the proceedings for good cause w/in 60 days of the date of this order. Order expired        EOD: 6/6/94 |